UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Rocco & Marlene Manascalco

Case No.: 18-31517/ABA  
Chapter: 7  
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___January 22, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>2 Villa Circle<br>Berlin, NJ<br>FMV - $140,000.00 |
|---|---|

| Liens on property: | Loan Dept - $180,499.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31517-ABA
Rocco A. Maniscalco                                                     Chapter 7
Marlene P. Maniscalco
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Dec 18, 2018
                               Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db/jdb         +Rocco A. Maniscalco,    Marlene P. Maniscalco,    2 Villa Circle,    Berlin, NJ 08009-9628
517842086      +Apex Asset Mgmt,    2501 Oregon Pike,    Suite 120,    Lancaster, PA 17601-4890
517842091       Cooper University Physicians,    Attn: C&H Collection Services, Inc.,    PO BOx 1399,
                 Merchantville, NJ 08109-0399
517842092      +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
517842093       IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
517842095      +Loan Department,    PO Box 77404,    Ewing, NJ 08628-6404
517842097       One Main Financial,    Berlin Circle Plaza,    200 N. Route 73 Unit 6B,
                 West Berlin, NJ 08091-2504
517842099       South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
517842102      +WF/Home Projects,    PO Box 14517,    Des Moines, IA 50306-3517
517842101      +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517842087      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 19 2018 00:09:30     Atlantic City Electric,
                 5 Collins Drive,    Suite 2133 / Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
517842088      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2018 00:12:20     Capital One, N.A.,
                 10700 Capital One Way,    Glen Allen, VA 23060-9243
517842089       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 00:09:48     Comenity - HSN,
                 PO Box 183043,    Columbus, OH 43218-3043
517842090       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 00:09:48     Comenity - Zales,
                 PO Box 182125,    Columbus, OH 43218-2125
517842094      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 19 2018 00:09:12     Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517842096      +E-mail/Text: bknotification@loandepot.com Dec 19 2018 00:10:53     LoanDepot.com,
                 26642 Towne Center,    Foothill Ranch, CA 92610-2808
517842098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 00:12:29
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
517847844      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:13:21     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517842100       E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:14     Synchrony Bank/Care Credit,
                 PO Box 965061,    Orlando, FL 32896-5061
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    LoanDepot.com, LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Marlene P. Maniscalco
               rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

```
District/off: 0312-1           User: admin             Page 2 of 2              Date Rcvd: Dec 18, 2018
                               Form ID: pdf905         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Richard S. Hoffman, Jr.    on behalf of Debtor Rocco A. Maniscalco rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5