**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rocco A. Maniscalco | Social Security number or ITIN  xxx–xx–1249 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marlene P. Maniscalco | Social Security number or ITIN  xxx–xx–3734 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–31517–ABA

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rocco A. Maniscalco                                      Marlene P. Maniscalco

2/15/19                                                        **By the court:**   Andrew B. Altenburg Jr.
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 18-31517-ABA
Rocco A. Maniscalco                                             Chapter 7
Marlene P. Maniscalco
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2         Date Rcvd: Feb 15, 2019
                              Form ID: 318               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db/jdb         +Rocco A. Maniscalco,    Marlene P. Maniscalco,    2 Villa Circle,    Berlin, NJ 08009-9628
517842086      +Apex Asset Mgmt,    2501 Oregon Pike,    Suite 120,    Lancaster, PA 17601-4890
517842091       Cooper University Physicians,    Attn: C&H Collection Services, Inc.,    PO BOx 1399,
                 Merchantville, NJ 08109-0399
517842092      +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
517842095      +Loan Department,    PO Box 77404,    Ewing, NJ 08628-6404
517842097       One Main Financial,    Berlin Circle Plaza,    200 N. Route 73 Unit 6B,
                 West Berlin, NJ 08091-2504
517842099       South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
517842102      +WF/Home Projects,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Feb 16 2019 05:13:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517842087      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 16 2019 00:22:28     Atlantic City Electric,
                 5 Collins Drive,    Suite 2133 / Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
517842088      +EDI: CAPITALONE.COM Feb 16 2019 05:08:00     Capital One, N.A.,    10700 Capital One Way,
                 Glen Allen, VA 23060-9243
517842089       EDI: WFNNB.COM Feb 16 2019 05:08:00     Comenity - HSN,    PO Box 183043,
                 Columbus, OH 43218-3043
517842090       EDI: WFNNB.COM Feb 16 2019 05:08:00     Comenity - Zales,    PO Box 182125,
                 Columbus, OH 43218-2125
517842093       EDI: IIC9.COM Feb 16 2019 05:13:00     IC Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517842094      +EDI: CBSKOHLS.COM Feb 16 2019 05:08:00     Kohls Department Store,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517842094      +E-mail/Text: bncnotices@becket-lee.com Feb 16 2019 00:22:15     Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517842096      +E-mail/Text: bknotification@loandepot.com Feb 16 2019 00:23:52     LoanDepot.com,
                 26642 Towne Center,    Foothill Ranch, CA 92610-2808
517842098       EDI: PRA.COM Feb 16 2019 05:13:00     Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
517847844      +EDI: RMSC.COM Feb 16 2019 05:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517842100       EDI: RMSC.COM Feb 16 2019 05:08:00     Synchrony Bank/Care Credit,    PO Box 965061,
                 Orlando, FL 32896-5061
517842101      +EDI: WFFC.COM Feb 16 2019 05:13:00     Wells Fargo Card Services,    PO Box 14517,
                 Des Moines, IA 50306-3517
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

        Joseph Marchand   jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
        Kevin Gordon McDonald   on behalf of Creditor   LoanDepot.com, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Richard S. Hoffman, Jr.   on behalf of Joint Debtor Marlene P. Maniscalco rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
        Richard S. Hoffman, Jr.   on behalf of Debtor Rocco A. Maniscalco rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 5