Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

              Case No.:  18−31517−ABA
              Chapter:  7
              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rocco A. Maniscalco                                 Marlene P. Maniscalco
   2 Villa Circle                                             2 Villa Circle
   Berlin, NJ 08009                                    Berlin, NJ 08009

Social Security No.:
   xxx−xx−1249                                                xxx−xx−3734

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 27, 2019</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court